UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-mj-02587-AOR

UNITED STATES OF AMERICA

vs.

CHRISTOPHER TRAVERS HALL,
ANDREW AUGUSTINE ADDERLEY,
CRAIG LEON SAWYER, and
DARIO ANTONIO MCPHEE,

          **Defendants.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Brian Sattler_____
BRIAN G. SATTLER
Special Assistant United States Attorney
Florida Bar No: 0124238
99 N.E. 4th Street
Miami, FL 33132
Tel: No. (305) 961-9136
Fax No. (305) 536-4676
E-mail: brian.sattler@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| CHRISTOPHER TRAVERS HALL, ANDREW AUGUSTINE ADDERLEY, CRAIG LEON SAWYER, and DARIO ANTONIO MCPHEE, | ) Case No. 1:20-mj-02587-AOR ) ) ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __March 25, 2020__, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(2)(G), it is further alleged that this violation involved one-hundred (100) or more kilograms of a mixture and substance containing a detectable amount of marijuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Pedro Román, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with Fed.R.Crim.P. 4.1 by FaceTime.

Date: __4/10/20__

*Judge's signature*

City and state: __Miami, Florida__       United States Magistrate Judge Alicia M. Otazo-Reyes
*Printed name and title*

# AFFIDAVIT

I, Pedro Román, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since October 2010. I am presently assigned the Office of the Special Agent in Charge Miami, Florida, where I am responsible for conducting maritime narcotics smuggling investigations. As a special agent with HSI, I have participated in numerous narcotics investigations involving physical and electronic surveillance; the control and administration of confidential sources; international drug importations; and domestic drug organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers. I have also spoken on numerous occasions with informants, suspects, and other narcotics investigators concerning the manner, means, methods, and practices that drug traffickers use to further the operation of their drug trafficking organizations and the most effective methods of investigating and dismantling drug trafficking organizations.

2. As a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), I am empowered by law to conduct investigations of and make arrests for, but not limited to, offenses enumerated in Titles 18, 21, and 46 of the United States Code.

3. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause for the arrest of Christopher Travers Hall ("HALL"), Andrew Augustine Adderley ("ADDERLEY"), Craig Leon Sawyer ("SAWYER"), and Dario Antonio McPhee ("MCPHEE") for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute a controlled substance, that is one-hundred (100) kilograms or more of marijuana.

4. Because this Affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me and other law enforcement officers involved in this investigation. The facts and information contained in this Affidavit are based on my personal knowledge and observations, as well as upon information received in my official capacity from other individuals, including other law enforcement officers involved in this investigation as well as my review of records, documents, and other physical items obtained during the course of this investigation.

5. On or about March 25, 2020, a Marine Patrol Aircraft on routine patrol in the Caribbean Sea detected a vessel, or target of interest ("TOI"), approximately 48 nautical miles southwest of Guantanamo Bay, Cuba. The U.S. Coast Guard ("USCG") Cutter HARRIET LANE was in the area and diverted to intercept the TOI. Once on scene, USCG officers aboard the HARRIET LANE observed the TOI heading west at a low rate of speed. The HARRIET LANE launched their Over-the-Horizon boat ("OTH"), with an embarked law enforcement team, to investigate. As the OTH approached the TOI, the TOI increased speed and attempted to flee. While in pursuit, the USCG officers in the OTH observed the crew members, later determined to be HALL, ADDERLEY, SAWYER, and MCPHEE on the TOI jettison packages. They also observed one of the crew members fall overboard. The TOI subsequently stopped, and the USCG officers were able to recover some of the jettisoned packages and the individual that fell into the water.

6. Once alongside the TOI, the USCG officers made contact with all four of the crew members on the TOI. All four of the crew members that were onboard the TOI claimed to be citizens of The Bahamas and were identified as HALL, ADDERLEY, SAWYER, and MCPHEE. The TOI was displaying what appeared to be Bahamian registration numbers on the hull. The USCG contacted the government of The Bahamas to verify the TOI's registry. The government of

The Bahamas confirmed the TOI was registered in The Bahamas and authorized the USCG officers to conduct a law enforcement boarding.

7. Once onboard, the USCG officers observed, on the forward portion of the TOI, several broken packages similar in description to the jettisoned packages recovered from the ocean. The packages on the forward portion of the TOI were filled with a green leafy substance, which the USCG officers suspected was marijuana based on their training and experience.

8. The USCG officers located a total of one-hundred twenty four (124) packages of suspected contraband on board the TOI and in the associated jettison field. The packages were of varying shapes and sizes, but were wrapped in similar packaging. The combined total weight of the packages is approximately 1,306 pounds (or approximately 592 kilograms). A USCG officer conducted field tests of the green leafy substance inside one of the packages. That substance tested positive for marijuana.

9. On April 2, 2020, the government of The Bahamas waived primary right of jurisdiction over the TOI, cargo, and four crew members, and waived objection to the enforcement of United States law by the United States. Therefore, the TOI, cargo, and four crewmembers are subject to the jurisdiction of the United States.

10. HALL, ADDERLEY, SAWYER, and MCPHEE are scheduled to arrive in the Southern District of Florida on Monday, April 13, 2020.

(Remainder of Page Intentionally Left Blank)

11.     Based on the foregoing facts, I submit that probable cause exists to believe that the defendants, HALL, ADDERLEY, SAWYER, and MCPHEE, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute a controlled substance, that is one-hundred (100) kilograms or more of marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT

PEDRO ROMAN, Special Agent
Homeland Security Investigations

Attested to by the Applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
FaceTime this

_____10th_____ Day of April, 2020

THE HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE